UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARC S. KIRSCHNER, as the Trustee of the Refco Litigation Trust,<br><br>        Plaintiff,<br>v.<br><br>CHRISTOPHER SUGRUE and JOHN DOES, individuals,<br><br>        Defendants. | Civil Case No.<br>07-645-SLR<br><br><br><br>Re: D.I. \_\_\_\_ |

### ORDER EXTENDING TIME TO SERVE CHRISTOPHER SUGRUE

Upon consideration of the Motion to Extend Time to Serve Christopher Sugrue (the "Motion")[1], it is hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the time for service of the Complaint on Christopher Sugrue is extended until August 31, 2008.

*Failure to timely serve shall result in dismissal of this defendant.*

Dated: \_\_\_\_\_5/20\_\_\_\_, 2008

                                                THE HONORABLE SUE L. ROBINSON
                                                UNITED STATES DISTRICT COURT JUDGE

2329378.1

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.