## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust,

        Plaintiff,

v.

CHRISTOPHER SUGRUE and JOHN DOES, individuals,

        Defendants.

Civil Case No. 07-645 (SLR)

## DEFAULT JUDGMENT

Upon consideration of the Motion for Default Judgment against Defendant Christopher Sugrue submitted by Plaintiff Marc S. Kirschner, as Trustee of the Refco Litigation Trust, pursuant to Fed. R. Civ. P. 55(b), the Court finds as follows:

WHEREAS Defendant Christopher Sugrue was validly served with the summons and the Complaint on May 20, 2008 pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters; and

WHEREAS Defendant Christopher Sugrue failed to appear in this case or to file an answer or otherwise respond to the Complaint within twenty (20) days of being served, and has still not responded or appeared in the case;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED as follows:

1.    Plaintiff's Motion for Default Judgment against Defendant Christopher Sugrue is GRANTED;

2.    Default judgment is hereby entered on Count I of the Complaint in favor of

Plaintiff and against Defendant Christopher Sugrue in the amount of $19,400,000 for liability for receiving a fraudulent transfer pursuant to sections 548(a)(1)(B) and 550(a)(2) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532;

3. Plaintiff is entitled to interest at the rate of 3.33 percent on the fraudulent transfer, totaling $2,601,694.20.

4. Plaintiff is entitled to attorneys' fees and costs in the amount of $31,380.21; and

5. In total, Plaintiff is awarded $22,033,074.41.

Entered this 23rd day of April, 2009.

_____
United States District Judge